Case 1:20-cv-00008-RDB   Document 31-1   Filed 06/20/20   Page 1 of 1

**Subject:** Re: error in Motion Fwd: Activity in Case 1:20-cv-00008-RDB Worsham v. Discount Power, Inc Motion to Dismiss
**From:** Michael Worsham <marylandmichael@yahoo.com>
**Date:** 6/18/2020, 12:52 PM
**To:** 'MagicMichael' <michael@magicmichael.net>, Thomas Blatchley <tblatchley@grsm.com>
**CC:** Mary Cusano <mcusano@grsm.com>

Mr. Blatchley,

If I don't call you later today, then I will you tomorrow afternoon after 2 PM.

Michael C. Worsham
(410) 692-2749
michael@magicmichael.net
marylandmichael@yahoo.com
Have a magical day!

On Thursday, June 18, 2020, 11:51:31 AM EDT, Thomas Blatchley <tblatchley@grsm.com> wrote:

Good morning Mr. Worsham,

I am happy to speak with you.  Please let me know a good date/time. Thank you.

Tom

-----Original Message-----
From: MagicMichael <michael@magicmichael.net>
Sent: Wednesday, June 17, 2020 10:05 PM
To: Thomas Blatchley <tblatchley@grsm.com>; MagicMichael <michael@magicmichael.net>; - Michael@yahoo <marylandmichael@yahoo.com>
Subject: error in Motion Fwd: Activity in Case 1:20-cv-00008-RDB Worsham v. Discount Power, Inc Motion to Dismiss

Mr. Blatchley,

The Motion to Dismiss that you filed about 3 hours ago has a serious
problem. I have not been licensed to practice law in any court since 2014.

The Docket sheet that you attached as an Exhibit from my federal suit in
Orlando against TSS Consulting Group, which I saw for the first time
tonight, is something the Clerk of the Middle District of Florida must
have put together from past and dated information. It is inaccurate,
including for example, I have not used the Fax number 410-510-1870 for
roughly 10 years. This Florida docket sheet is not something the Court
can take judicial notice of.

I have only gotten as far as page 5 of your Memorandum, which in heading
A, asks that all 17 Counts be dismissed on the (incorrect) basis that my
home number is published as a business number.

I ask that you withdraw the Exhibit, and your Motion, immediately. I
will wait until 1:00 PM tomorrow, June 18, 2020, and if not withdrawn,
will be forced to file a Motion to Strike. I will also move for
additional time until the Court rules on the Motion to Strike, since it
makes no sense for me to have to respond to arguments based on the
incorrect fact(s) that your Motion and Memorandum attempt to create.

Michael Worsham

410-692-2749

-------- Forwarded Message --------
Subject: Activity in Case 1:20-cv-00008-RDB Worsham v. Discount Power,
Inc Motion to Dismiss
Date: Wed, 17 Jun 2020 18:56:01 -0400
From: MDD_CM-ECF_Filing@mdd.uscourts.gov