**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **MICHAEL C. WORSHAM,** | * | |
| **Plaintiff,** | * | |
| **v.** | * | **Civil Action No. RDB-20-0008** |
| **DISCOUNT POWER, INC.** | * | |
| **Defendant.** | * | |

* * * * * * * * * * * * *

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is HEREBY ORDERED this 29th Day of July, 2021 that:

1. The Defendant Discount Power's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 64) is GRANTED IN PART and DENIED IN PART. Specifically:

   a. Defendant's Motion is GRANTED as to Counts 2, 3, 4, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, and 17, and those Counts are DISMISSED WITH PREJUDICE;

   b. Defendant's Motion is DENIED as to Counts 1 and 5; and

2. The Clerk of the Court shall transmit a copy of this Order and accompanying Memorandum Opinion to counsel of record.

/s/
Richard D. Bennett
United States District Judge