**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| MICHAEL C. WORSHAM, | |
| Plaintiff, | |
| v. | Civil Action No.: 1:20-cv-00008-RDB |
| DISCOUNT POWER, INC. | |
| Defendant. | |

**INTELIQUENT, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO
STRIKE NON-PARTY INTELIQUENT, INC.'S RESPONSE TO PLAINTIFF'S
OBJECTIONS TO THE MAGISTRATE JUDGE'S ORDER DENYING
PLAINTIFF'S MOTION CHALLENGING CONFIDENTIALITY**

Non-party Inteliquent, Inc. ("Inteliquent"), by and through its undersigned counsel, files

the following Response in Opposition to Plaintiff Michael C. Worsham's ("Plaintiff" or "Mr.

Worsham") Motion to Strike Non-Party Inteliquent, Inc.'s Response to Plaintiff's Objections to

the Magistrate Judge's Order Denying Plaintiff's Motion Challenging Confidentiality ("Motion")

(ECF No. 238), and in support thereof, states the following:

1.      Plaintiff's Motion is wholly improper and unsupported by law.

2.      There is no provision of the Federal Rules of Civil Procedure or the Local Rules

for the United States District Court for the District of Maryland that prohibit Inteliquent from filing

a response to Plaintiff's Objections to Magistrate Judge Coulson's March 2, 2022 Order Denying

Plaintiff's Motion Challenging Confidentiality (ECF No. 223).  As such, Inteliquent filed its

response (ECF No. 236) for the benefit of the Court to have both sides of the issues presented.

**WHEREFORE**, for the foregoing reasons, Inteliquent respectfully requests that this Court deny Plaintiff's Motion to Strike Non-Party Inteliquent, Inc.'s Response to Plaintiff's Objections to the Magistrate Judge's Order Denying Plaintiff's Motion Challenging Confidentiality.

Dated:  March 24, 2022

*/s/ Brett Ingerman*
Brett Ingerman (Bar No. 23037)
A. Neill Thupari (Bar No. 13065)
DLA PIPER LLP (US)
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209
T: (410) 580-3000
F: (410) 580-3001
brett.ingerman@us.dlapiper.com
neill.thupari@us.dlapiper.com
*Counsel for Inteliquent, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of March, 2022, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record.

*/s/ A. Neill Thupari*_____
A. Neill Thupari
*Counsel for Inteliquent, Inc.*

EAST\189601673.1