**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **MICHAEL C. WORSHAM** | * |
| *Plaintiff* | * |
| vs. | * |
| | * Case 1:20-cv-00008-RDB |
| **DISCOUNT POWER, INC.** | * |
| *Defendant* | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF APPEAL**

Plaintiff Michael C. Worsham gives Notice that he is appealing this Court's August 4, 2022 Opinion (ECF 302) and accompanying Order (ECF 303) and all decisions therein, and Order (ECF 304) on the same day which denied Worsham's request for a civil contempt order, which are all appealed to the United States Circuit Court for the Fourth Circuit.

Respectfully submitted,

/s/   *Michael C. Worsham*
Michael C. Worsham, Plaintiff, *Pro Se*
1916 Cosner Road
Forest Hill, Maryland 21050
410-557-6192
michael @ magicmichael.net

**CERTIFICATE OF SERVICE**

On September 2, 2022 this document was e-filed through the Court's ECF system for electronic service on all parties and counsel of record.

/s/   *Michael C. Worsham*
Michael C. Worsham